IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| VARIOUS PLAINTIFFS | 08-90170 |
| v. | Cases listed on attached "Supplemental Case List" |
| VARIOUS DEFENDANTS | |

## ORDER

This matter coming to be heard on the Plaintiff's Combined Second Motion to Vacate August 26, 2011 Order Granting Plaintiffs' Motion to Dismiss Actions Pursuant to F.R.C.P. 41(a)(2) and Motion to Vacate Subsequent Dismissal Orders Pursuant to F.R.C.P. 60,

**IT IS HEREBY ORDERED** that:

Plaintiffs Motions to Vacate filed on September 26, 2011 are hereby GRANTED.

**IT IS FURTHER ORDERED** that the October 26, 2011 and November 3, 2011 Orders dismissing theses cases are VACATED[1] and plaintiffs cases are hereby reinstated.

Date: 3/30/12

Honorable Eduardo C. Robreno

---

[1] The Orders are Vacated as having been entered in error.

## -SUPPLEMENTAL CASE LIST-

**Thirteen (13) plaintiffs who are filing:**
*Plaintiffs Combined Second Motion to Vacate August 26, 2011 Order Granting Plaintiffs' Motion to Dismiss Actions Pursuant to F.R.C.P. 41(a)(2) and Motion to Vacate Subsequent Dismissal Orders Pursuant to F.R.C.P. 60*

| Plaintiff | ED-PA Case No. |
|---|---|
| Walter Czajkoski | 08-CV-89969 |
| Rick Engelman, Individually and as Special Administrator for the Estate of Patrick Engelman, deceased | 09-CV-60939 |
| Rosamond Ferguson, Individually and as Special Administrator for the Estate of James Ferguson, deceased | 08-CV-90234 |
| John Hamerla | 08-CV-90208 |
| James Johnson | 08-CV-90156 |
| David Klimek | 08-CV-90065 |
| Carolyn Patrick | 08-CV-90221 |
| Freddie Roberson | 08-CV-90080 |
| Pearl Scott, Individually and as Special Administrator for the Estate of Thomas Scott, deceased | 08-CV-91314 |
| Leo Smith | 08-CV-90276 |
| Jim Travis | 08-CV-90170 |
| Lauren Bingham-Draine, Individually and as Special Administrator for the Estate of Shirley White, deceased, | 08-CV-90171 |
| Bruce Williams | 08-CV-91282 |